PROB 12A
(REVISED 5/2011)

# United States District Court
### for
### Middle District of Tennessee

### Report on Offender Under Supervision

Name of Offender: <u>Michael Andre Perkins</u>     Case Number: <u>3:09-00099-12</u>

Name of Judicial Officer: <u>Honorable Aleta A. Trauger, U.S. District Judge</u>

Date of Original Sentence: <u>November 8, 2010</u>

Original Offense: <u>21 U.S.C. § 846 Conspiracy to Possess With Intent to Distribute 500 Grams or More of Cocaine</u>

Original Sentence: <u>36 months' custody and 4 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>     Date Supervision Commenced: <u>November 30, 2012</u>

Assistant U.S. Attorney: <u>Lynne Ingram</u>     Defense Attorney: <u>John Edward Rodgers, Jr.</u>

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 20th day of May, 2013, and made a part of the records in the above case.

_Aleta A. Trauger_
U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_Joshua Smith_
U.S. Probation Officer

Place   Nashville, Tennessee

Date   May 9, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.    Nature of Noncompliance

1. **The defendant shall not commit another federal, state, or local crime.**

   On April 18, 2013, Mr. Perkins was issued a citation by the Metro Nashville Police Department for Driving on a Suspended License. He must report on May 17, 2013, to be booked on the charge. A court hearing has yet to be scheduled.

   Mr. Perkins admitted to the probation officer that he had been driving on a suspended license. He plans to obtain his license in order for the charge to be dismissed.

**Compliance with Supervision Conditions and Prior Interventions:**

Mr. Perkins began supervised release on November 30, 2012. He is scheduled to terminate probation on November 29, 2016.

Mr. Perkins has remained employed at Southern Steak and Oyster since beginning supervised release. He was referred for a mental health assessment on December 21, 2012. His intake assessment was completed on January 30, 2013. No treatment was recommended at that time. He has submitted urine samples for five drugs tests and all have tested negative for illegal drugs. He has remained in compliance with all other conditions of supervised release to date.

**U.S. Probation Officer Recommendation:**

It is recommended that Mr. Perkins be continued on supervised release with no further action at this time. He has been verbally reprimanded and instructed to not operate a motor vehicle until a valid license is obtained.

The Court will be promptly notified if he is convicted of the offense.

The U. S. Attorney's Office has been notified and concurs with this recommendation..

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer